IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WINDCHIMES BY RUSSCO III, INC.**                               **PLAINTIFF**

v.                          Case No. 3:20-cv-00103-LPR

**BIG LOTS STORES, INC.**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that the case is dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement in the unlikely event that an action to enforce it becomes necessary.

IT IS SO ADJUDGED this 6th day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT